02-10-536-CR















 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00536-CR

 

 


 
 
 Ingrid D. Bittle
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE 
 
 


 

 

----------

 

FROM County Criminal Court No. 4
OF Tarrant COUNTY

----------

 

MEMORANDUM
OPINION[1]

----------

 

Appellant
Ingrid D. Bittle attempts to appeal her July 22, 2010
theft conviction, imposed pursuant to a plea agreement.  Under Texas Rule of Appellate Procedure
26.2(a), a notice of appeal was due on August 23, 2010. Tex. R.
App. P. 26.2(a).  Appellant, however,
filed her notice of appeal on December 15, 2010.  In addition, the trial court’s certification
of Appellant’s right to appeal states that Appellant has waived her right to
appeal.  See Tex. R. App. P. 25.2(a)(2).

On December
30, 2010, we sent Appellant and her attorney a letter advising that we were
concerned that we lacked jurisdiction over this appeal and that we would
dismiss the appeal for want of jurisdiction unless Appellant or any party
desiring to continue the appeal filed a response showing grounds for continuing
the appeal by January 10, 2011.  Appellant filed a response, but it does not
set forth grounds for continuing the appeal. 
Appellant’s attorney did not respond.

A
notice of appeal that complies with the requirements of rule 26 is essential to
vest this court with jurisdiction.  Slaton v. State, 981
S.W.2d 208, 210 (Tex. Crim. App. 1998).  The court of criminal appeals has expressly
held that, without a timely filed notice of appeal or motion for extension of
time, we cannot exercise jurisdiction over an appeal.  See Olivo v. State, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996);
see also Slaton, 981 S.W.2d at 210.

Because
the notice of appeal in this case was untimely, we have no basis for
jurisdiction over this appeal. 
Accordingly, we dismiss the appeal for want of jurisdiction.  See
Tex. R. App. P. 25.2(d), 42.3(a), 43.2(f).

 

PER CURIAM

 

PANEL:  GARDNER, WALKER,
and MCCOY, JJ.

 

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED:  February 10, 2011











          [1]See Tex. R. App. P. 47.4.